IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BERNARD MOSLEY, AIS 233819, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MENTAL HEALTH MAN TURNER, *et al.*, | ) ) ) |
| Defendants. | ) |

CASE NO. 2:22-CV-509-WKW
[WO]

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 7.) The Magistrate Judge previously ordered Plaintiff to file an amended complaint because his original complaint (Doc. # 1) was deficient. (Doc. # 5.) Plaintiff filed an amended complaint (Doc. # 6), but the Magistrate Judge concluded in his Recommendation that the amended complaint did not remedy the deficiencies in the original complaint. (Doc. # 7 at 3–4.) The Magistrate Judge reasoned that further amendment would be futile and recommended that the case be dismissed without prejudice. (Doc. # 7 at 4.) The deadline for the parties to object has expired (Doc. # 7 at 4), and no objections have been received. Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 7) is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 12th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE