IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BERNARD MOSLEY, AIS 233819, <br><br> Plaintiff, <br><br> v. <br><br> MENTAL HEALTH MAN TURNER, NURSE JACKSON, ALABAMA DEPARTMENT OF CORRECTIONS, WEXFORD HEALTH SOURCES, INC., NURSE VANUN, WARDEN PATRICE RICHIE JONES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:22-CV-509-WKW <br> [WO] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 12th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE